# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KEVIN MOORE**                                                                                         **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO.**     **1:19-cv-43-HSO-JCG**

**ACADIAN AMBULANCE SERVICE, INC.,**
**RODNEY S. MALONE AND JOHN DOE**
**DEFENDANTS A THROUGH F**                                                 **DEFENDANTS**

## AGREED MOTION TO SUBSTITUTE PARTY/PLAINTIFF

Comes now Kevin Moore, Plaintiff and Defendant Acadian Ambulance Service, Inc, and Rodney Malone, Defendants, and files this their Agreed Motion to Substitute Party/Plaintiff and in support of same would show unto the Court the following, to-wit:

I

That the above styled matter is presently pending before this Court.

II

That a Guardianship Hearing was held in the Chancery Court of Jackson County, Mississippi on or about June 19, 2019. Jacqueline Moore (Mother of Plaintiff) has been appointed Guardian of Kevin Moore, Plaintiff and has authority to pursue any civil actions that have accrued to Kevin Moore. See Chancery Court Order, attached as Exhibit "A".

III

The Parties would request that this Court enter an Order substituting Plaintiff as Jacqueline Moore, Guardian of the person and of the Estate of Kevin Moore in all pleadings hereinafter as the proper Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendants would pray that this Court enter its Order substituting the Plaintiff from Kevin Moore to "Jacqueline Moore, Guardian of the person and of the Estate of Kevin Moore and would pray for such other and further relief as is just and proper in the premises.

This the 25th day of June, 2019.

        Respectfully submitted,

        **KEVIN MOORE**

        BY:   */s/MATTHEW G. MESTAYER*
                ATTORNEY FOR PLAINTIFF

        BY:   /s/JAMES HEIDEBERG
                ATTORNEY FOR DEFENDANT,
                ACADIAN AMBULANCE

        BY:   /s/TRACE MCRANEY
                ATTORNEY FOR DEFENDANT,
                RODNEY MALONE

OF COUNSEL:
Vicki L. Gilliam, MSB No. 9493
The Gilliam Firm, PLLC
106 Town Square
Brandon, MS 39042
Tel: 601-488-4044
gilliam@gilliamfirm.com

Matthew Mestayer (MSB #9646)
REEVES & MESTAYER, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Telephone:   228.374.5151
Facsimile:   228.374.6630
mgm@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby that on July 1, 2019, I electronically filed the foregoing with the Clerk of court using the ECF system, which sent notification of such filing to all counsel of record.

/s/Matthew G. Mestayr
REEVES & MESTAYER, PLLC
160 Main Street
PO Drawer 1388
Biloxi, MS 39533
Telephone: 228-374-5151
Facsimile: 228-374-6630
llt@rmlawcall.com