IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEVIN MOORE**                                                         **PLAINTIFF**

v.                                                           CAUSE NO. 1:19-cv-43-LG-RHWR

**ACADIAN AMBULANCE SERVICE,
INC., et al.**                                                  **DEFENDANT**

## FINAL JUDGMENT

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit, as a conservatorship must be approved by the Chancery Court.

**SO ORDERED AND ADJUDGED** this the 18th day of February, 2022.

                                                        s/ *Louis Guirola, Jr.*
                                                        Louis Guirola, Jr.
                                                        United States District Judge